```
1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S. 00-00074 DFL |
|---|---|---|
| Plaintiff, | ) | **APPLICATION TO RELEASE PASSPORT AND ORDER** |
| v. | ) | |
| ROBERTO LLANES, | ) | |
| Defendant. | ) | |

The United States, by and through its undersigned attorneys, hereby respectfully requests that the Court order the Clerk of the Court to release Mr. Llanes' passport to the custody of his attorney, Bruce Locke. Judgment and sentence was filed in this matter on February 12, 2002, and Mr. Llanes has completed his sentence of incarceration and supervised release.

DATED: October 20, 2006

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                               By: /s/ Ellen V. Endrizzi

                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court release Mr. Roberto Llanes' passport to the custody of his attorney, Bruce Locke.

DATED: October 24, 2006

_____
DAVID F. LEVI
United States District Judge